FILED
JUL 2 3 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) |
| THOMAS BENSON WILSON, JR., | ) ) ) 4:14CR00237 HEA/NAB |
| Defendant. | ) ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 1, 2014, in the Eastern District of Missouri,

**THOMAS BENSON WILSON, JR.,**

the defendant herein, took a motor vehicle that had been transported, shipped, and received in interstate commerce from J.A., by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of, and punishable under, Title 18, United States Code, Section 2119.

### COUNT II

The Grand Jury further charges that:

On or about April 19, 2014, in the Eastern District of Missouri,

**THOMAS BENSON WILSON, JR.,**

the defendant herein, having been previously convicted in the Eastern District of Missouri, on July 16, 2009 in cause number 4:09CR41 ERW, of the felony offense of Unlawful Possession of a Prohibited Flask or Equipment with the Intent to Manufacture Methamphetamine, a crime

punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate commerce, a firearm, to wit: a Hi Pointe, JHP model, .45 caliber, semi-automatic pistol, serial number X4150533.

In violation of Title 18, United States Code, Section 922(g)(1) and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____<br>FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney